# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 2 4 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 12- mj- 553 |
| **Manuel Eduardo Pena** ) | |
| ) | |
| *Defendant* ) | |

Un- SEALED 5/25/12

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 12/5/2011, 12/19/2011 in the county of Cameron in the Southern District of Texas, the defendant violated Title 18 U.S.C. § 924 (a)(1)(A)
U.S.C. § 2(a)
U.S.C. §

, an offense described as follows:
Title 18, U.S.C., Section 924 (a)(1)(A) - unlawful for any person to knowingly make any false statement or representation with respect to the information required to be kept in the records of a licensed Federal Firearms Dealer.

Title 18, U.S.C., Section 2(a) - Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

This criminal complaint is based on these facts:

### See Attachment A

[X] Continued on the attached sheet.

*Complainant's signature*

SA Shaun H. S. Owen, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 24, 2012

*Judge's signature*

City and Brownsville, Texas

Honorable Ronald G. Morgan, United States
*Printed name and title*

B12-553MJ

## ATTACHMENT A
### AFFIDAVIT

I, Shaun H. S. Owen, being duly sworn, depose and state the following:

   1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and am currently assigned to the Brownsville, Texas office. I have been employed with the FBI for approximately seven years. During this period of time, your affiant has been involved with investigating numerous criminal violations to include seizures and arrest of narcotic violators and alien smugglers. My present responsibilities include the investigation of violations involving narcotics trafficking, violent crimes and public corruption activities.

   2. This affidavit is submitted in support of an application for a complaint and arrest warrant charging MANUEL EDUARO PENA (hereafter referred to as PENA) with violating Title 18, United States Code Sections 924 (a)(1)(A) and 2(a).

   3. On December 5, 2011, affiant was informed by Immigration and Customs Enforcement Office of Professional Responsibility (hereafter referred to as ICE OPR) Senior Special Agent Michael Deans that PENA had been observed at Academy Sports and Outdoors, 4305 Old Highway 77, Brownsville, Texas, purchasing a Remington 770, .270 caliber hunting rifle that same day.

   4. PENA was observed by ICE agents taking the rifle and giving it to Sergio Gonzalez (hereafter referred to as Gonzalez) in the parking lot of Academy Sports and Outdoors. Gonzales then reimbursed PENA for the rifle prior to both men departing in their vehicles.

   5. Surveillance initiated by FBI and ICE OPR agents followed Gonzalez to his residence and approached him regarding the purchase. Gonzalez admitted to having PENA purchase the weapon for Gonzalez because Gonzalez is a Legal Permanent Resident and did not have proper rental and utility documentation in his name for the purchase. Gonzalez was interviewed and the weapon and receipt were taken as evidence.

   6. On December 19, 2011, agents from FBI and ICE OPR conducted surveillance in the vicinity of Academy Sports and Outdoors in Brownsville, Texas. Agents observed PENA purchase another Remington 770, .270 caliber hunting rifle from Academy give it to Gonzalez in the parking lot. In return, Gonzalez reimbursed PENA for the rifle. Both men then departed in their vehicles.

   7. Your affiant obtained copies of Alcohol, Tobacco, and Firearms Form 4473 from Academy Sports and Outdoors from the purchases on December 5, 2011 and December 19, 2011. On both forms, PENA filled out his identifying information and provided his signature. Question 11(a) on the form asks if the individual purchasing the weapon is the actual buyer of the weapon and explains that an individual cannot be the actual buyer if they are purchasing the weapon for another person. On both dates, PENA stated that he was the actual buyer by marking "yes" to question 11(a), when PENA was in fact purchasing the weapon for Gonzalez.

   8. It is my personal belief, based on my background and experience, and the aforementioned information obtained by me, that MANUEL EDUARDO PENA violated Title 18, United States Code Section 924 (a)(1)(A) when he knowingly made a false statement or representation with respect to the information required to be kept in the records of a licensed Federal Firearms Dealer by purchasing a rifle for Gonzalez and stating that PENA was the actual buyer. As such, PENA also violated Title 18, United States Code Section 2(a) when he commit an offense against the United States as a principal.

Shaun H. S. Owen
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this 24th day, May 2012.

Honorable Ronald G. Morgan
United States Magistrate Judge