UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 5 2012

David J. Bradley, Clerk of ___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. |
| MANUEL EDUARDO PENA | § | B-12-472 |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about December 5, 2011, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MANUEL EDUARDO PENA,**

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Ltd. #30, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **MANUEL EDUARDO PENA**, did execute a U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Firearms Transaction Record), to the effect that he was the actual buyer of the firearm, a Remington Model 770, .270 caliber rifle, serial number M71729803, whereas in truth and in fact, the defendant purchased the firearm on behalf of another individual.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

#### COUNT TWO

On or about December 19, 2011, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MANUEL EDUARDO PENA,**

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Ltd. #30, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **MANUEL EDUARDO PENA**, did execute a U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Firearms Transaction Record), to the effect that he was the actual buyer of the firearm, a Remington Model 770, .270 caliber rifle, serial number M71716198, whereas in truth and in fact, the defendant purchased the firearm on behalf of another individual.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about May 24, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MANUEL EDUARDO PENA,**

did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is the Federal Bureau of Investigation, by falsely stating to Shaun Owen, an agent with the Federal Bureau of Investigation, that the defendant, **MANUEL EDUARDO PENA**, had purchased on December 5, 2011 and December 19, 2011, at the Academy store in Brownsville, Texas, two firearms for himself and personally used the firearms, when in fact the statement and representation was false because as **MANUEL EDUARDO PENA** then and there knew the firearms were purchased

for Sergio Gonzalez and were never used by **MANUEL EDUARDO PENA**.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Oscar Ponce
Assistant United States Attorney