| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | Brownsville Division |
| v. | Criminal No. B-12-472 |
| MANUEL EDUARDO PENA | EXHIBIT LIST |
| List of United States of America | AUSAS: Oscar Ponce and Karen Betancourt |
| Judge: Hilda G. Tagle    Clerk: Stella Cavazos | Reporter: |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Photo of Gonzalez and Pena at Academy | | | | |
| 2 | Photo of Pena at Academy | | | | |
| 3 | Photo of Pena with shopping cart at Academy | | | | |
| 4 | Photo of Colorado truck leaving Academy | | | | |
| 5 | Photo of Sergio Gonzalez and son | | | | |
| 6 | Photo of Sergio Gonzalez and son pointing gun | | | | |
| 7 | Photograph of Remington box, Serial No. M71729803 | | | | |
| 8 | Photograph of Remington, Serial No. M71729803 | | | | |
| 9 | Photo of serial no. for Remington, Serial No. M71729803 | | | | |
| 10 | Photo of Mossberg gun | | | | |
| 11 | Photo of JCP gun | | | | |
| 12 | December 5, 2011 Academy receipt | | | | |
| 13 | Property receipt for 12-6-11 search | | | | |
| 14 | Blank ATF Form 4473 | | | | |
| 15 | December 5, 2011 Form 4473 | | | | |
| 16 | Box from Remington gun, Serial No. M71729803 | | | | |
| 17 | Photo of $400.00 for 12-19-11 Academy purchase | | | | |
| 18 | Video of 12-19-11 gun purchase at Academy | | | | |
| 19 | December 19, 2011 Academy receipt | | | | |
| 20 | December 19, 2011 Form 4473 | | | | |
| 21 | Photograph of Remington box, Serial No. M71716198 | | | | |
| 22 | Photograph of Remington, Serial No. M71716198 | | | | |
| 23 | Photo of serial no. for Remington, Serial No. M71716198 | | | | |

08/09/12

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 24 | Audio from 12-19-11 pre-buy phone call | | | | |
| 25 | Audio from 12-19-11 purchase at Academy | | | | |
| 26 | Box from Remington gun, Serial No. M71716198 | | | | |
| 27 | Academy #30 Federal Firearms License | | | | |
| 28 | Warnings to Manuel Pena on May 24, 2012 | | | | |